422 A.2d 1163

Commonwealth v. Strothers, Appellant.

Submitted April 12, 1979. Lester G. Nauhaus, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.